**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 8:07-CR-144-T-17-TGW

ERIC SCOTT
_____/

**ORDER**

This cause comes before the Court on the defendant's objections to the Report and Recommendation (Docket No. 66). The Magistrate Judge recommended that the Court deny the defendant's motion to withdraw plea and analyzed the circumstances under which a motion to withdraw a plea may be granted (Docket No. 47).

The Court has reviewed the record related to this matter, including review of the transcript of the hearing held by the Magistrate Judge on the motion to withdraw the plea and the Court's order denying the motion to suppress (Docket No. 35). The Court notes that the Magistrate Judge had the opportunity to observe the testimony of the defendant at the hearing on the motion to withdraw. The Magistrate Judge specifically rejected the defendant's testimony in certain parts of his testimony based on a lack of veracity and the Court finds no basis in the objections nor in the transcript for overturning that specific finding. After consideration of all the record in this case, the Court finds that the Report and Recommendation of the Magistrate Judge should be upheld and adopted. Accordingly, it is.

**ORDERED** that the report and recommendation (Docket No. 66) be **adopted** and **incorporated by reference**; the defendant's objections are **overruled**; and the defendant's motion to withdraw plea (Docket No. 47) be **denied.**

**DONE AND ORDERED** in Chambers in Tampa, Florida this 16th day of June, 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record